**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| IN THE INTEREST OF: J.L.B., A MINOR | : | No. 195 EAL 2022 |
| | : | |
| | : | |
| PETITION OF: A.M., MOTHER | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| | | |
| IN THE INTEREST OF: J.L.B., A MINOR | : | No. 196 EAL 2022 |
| | : | |
| | : | |
| PETITION OF: A.M., MOTHER | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| | | |
| IN THE INTEREST OF: S.M., A MINOR | : | No. 197 EAL 2022 |
| | : | |
| | : | |
| PETITION OF: A.M., MOTHER | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| | | |
| IN THE INTEREST OF: S.B.M., A MINOR | : | No. 198 EAL 2022 |
| | : | |
| | : | |
| PETITION OF: A.M., MOTHER | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |

## ORDER

**PER CURIAM**

     **AND NOW**, this 23rd day of September, 2022, the Petition for Allowance of Appeal is **DENIED**.